# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CLIFFORD LEE PIPES III**                                                            **PLAINTIFF**
**ADC #144242**

v.                              No: 3:20-cv-00349 KGB-PSH

**SUSAN COX**                                                                          **DEFENDANT**

## ORDER

Having reviewed Plaintiff Clifford Lee Pipes III's amended complaint (Doc. No. 4) for screening purposes,[1] it appears that service is appropriate with respect to Pipes' claims against defendant Susan Cox. The Clerk of the Court shall prepare a summons for the defendant, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 4), exhibits (Doc. No. 5), and summons on the defendant without prepayment of fees and costs or security therefor. Service should be attempted through the Poinsett County Sheriff's Office.[2]

IT IS SO ORDERED this 16th day of November, 2020.

UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If the defendant is no longer a County employees, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.