# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CLIFFORD LEE PIPES, III**                                                                 **PLAINTIFF**
**ADC #144242**

v.                              No: 3:20-cv-00349 KGB-PSH

**SUSAN COX**                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 27th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE